

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00126-CR

Joel Price **MORRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5226
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 12, 2015.

_____
Patricia O. Alvarez, Justice